# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-0328-CR-W-BP |
| ) | |
| DIJON T. DIXON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION ON DEFENDANT'S COMPETENCY TO PROCEED

On October 20, 2017, defense counsel for defendant Dijon T. Dixon filed a motion for judicial determination of Defendant's competency pursuant to 18 U.S.C. § 4241 (doc. 10). On October 31, 2017, an order was entered by the undersigned granting Defendant's motion and ordering that Defendant undergo an examination by qualified psychiatrist or psychologist to determine if Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 17).

On February 22, 2018, the Court received a Forensic Evaluation from Dr. David M. Szyhowski, Psy.D. a Forensic Studies Unit Psychologist with the Metropolitan Correctional Center (MCC) in Chicago, Illinois. (Doc. 21). In the Forensic Evaluation Report, Dr. Szyhowski, Psy.D. states that while Defendant has a history of mental disease symptoms, he appeared to be asymptomatic for those conditions, indicating a current state of remission from these mental illnesses. Dr. Szyhowski opined that defendant Dijon T. Dixon has an appropriate factual understanding of his case, a well-rounded rational understanding of the current criminal proceedings, and a desire to work with his attorney, and therefore, presently appears appropriate for continuation of criminal proceedings.

A hearing was held as to Defendant's competency on March 7, 2018. The defendant appeared in person and by counsel, Anita L. Burns. Assistant United States Attorney Jeffrey McCarther appeared for the Government. Both defense counsel and the Government stipulated to the admission of Dr. Szyhowski's Psychiatric Report.

Upon conclusion of the hearing, based on the Forensic Evaluation Report submitted by Dr. Szyhowski for defendant Dijon T. Dixon, and there being no objection to the conclusion set forth in the Report, the Court finds that defendant Dijon T. Dixon is not presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS, THEREFORE, RECOMMENDED that defendant Dijon T. Dixon be found competent to stand trial. (Doc. 10).

Counsel are reminded that they have fourteen days from the date of receipt of a copy of this Report and Recommendation within which to file and serve objections. A failure to file and serve exceptions by this date shall bar an attack on appeal of the factual findings in the Report and Recommendation which are accepted or adopted by the district judge, except on the grounds of plain error or manifest injustice.

Dated this 13th day of March, 2018, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge