**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 17-00328-01-CR-W-BP |
| | ) | |
| DIJON T. DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 31, 2017, Defendant was ordered to undergo a competency evaluation. Defendant was examined by David M. Szyhowski, M.D. It is the opinion of Dr. Szyhowski that Defendant is competent to proceed. (Doc. 21.) During a hearing held before United States Magistrate Judge Matt J. Whitworth on February 7, 2018, Defendant and the government stipulated to the report of Dr. Szyhowski. (Doc. 26, p. 5.) On February 24, Judge Whitworth issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 24.)

The Court has reviewed the psychiatric report and the transcript of the proceedings before Judge Whitworth. Based on the psychiatric report and the transcript, and the lack of an objection from either party, the Court adopts Judge Whitworth's recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

_/s/Beth Phillips_____
BETH PHILLIPS, JUDGE
DATE: March 28, 2018                    UNITED STATES DISTRICT COURT