**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | Case No. 17-00328-01-CR-W-BP |
| v.    ) | |
| )  | |
| DIJON T. DIXON,    ) | |
| )  | |
| Defendant.    ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 25, 2017, the Grand Jury returned a one-count Indictment charging that on or about September 27, 2017, in the Western District of Missouri, the Defendant, Dijon T. Dixon, having been previously convicted of at least three crimes punishable by imprisonment for terms exceeding one year, did knowingly possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Jeffrey Quinn McCarther
    Case Agent: Detective Blake Groves, Kansas City Police Department
    Defense: Anita L. Burns

**OUTSTANDING MOTIONS**:

| [52](#) | MOTION for order<br>*Motion filed:* 11/28/2018<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 11/28/2018 | *Response due:* 12/12/2018<br>*Ripe:* 12/13/2018 |
|---|---|---|
| [57](#) | MOTION for order<br>*Motion filed:* 12/10/2018<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 12/10/2018 | *Response due:* 12/24/2018<br>*Reply filed:* 12/21/2018<br>*Ripe:* 12/21/2018 |
| [59](#) | MOTION for order<br>*Motion filed:* 12/11/2018<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 12/11/2018 | *Response due:* 12/26/2018<br>*Response filed:* 12/13/2018<br>*Reply due:* 12/27/2018<br>*Ripe:* 12/28/2018 |

| | | |
|---|---|---|
| 63 | MOTION to Dismiss Count(s) 2<br>*Motion filed:* 01/07/2019<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 01/07/2019 | *Response due:* 01/22/2019<br>*Response filed:* 01/23/2019<br>*Reply due:* 02/06/2019<br>*Reply filed:* 02/11/2019<br>*Ripe:* 02/11/2019 |
| 64 | MOTION for order<br>*Motion filed:* 01/10/2019<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 01/10/2019 | *Response due:* 01/24/2019<br>*Response filed:* 01/23/2019<br>*Reply due:* 02/06/2019<br>*Ripe:* 02/07/2019 |
| 65 | MOTION to suppress<br>*Motion filed:* 01/10/2019<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 01/10/2019 | *Response due:* 01/24/2019<br>*Response filed:* 01/23/2019<br>*Reply due:* 02/06/2019<br>*Ripe:* 02/07/2019 |
| 67 | MOTION for order<br>*Motion filed:* 02/04/2019<br>*Filed by:* Dijon T. Dixon<br>*Referred from:* Beth Phillips on 02/04/2019 | *Response due:* 02/19/2019<br>*Ripe:* 02/20/2019 |

**TRIAL WITNESSES**:
   Government:  5 with stipulations; 6 without stipulations
   Defendants:   2-3 witnesses, including the Defendant

**TRIAL EXHIBITS**
   Government:  approximately 60 exhibits
   Defendant:    no more than 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
   ( ) Definitely for trial; (x) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
   Government's case including jury selection: 1-1 ½  day(s)
   Defense case: ½  day(s)

**STIPULATIONS**: Possible stipulations as to prior felony status and interstate nexus

**UNUSUAL QUESTIONS OF LAW:**  none

**FILING DEADLINES:**

   **Witness and Exhibit List**
      Government: (none filed) **Due on or before March 12, 2019.**
      Defense: (none filed) **Due on or before March 12, 2019.**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, March 20, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before March 20, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for March 25, 2019.

**Please note:** Anita L. Burns was serving as standby counsel. At the pretrial conference she was appointed to represent Defendant at trial. She would prefer the second week in order to prepare for trial. The Government would prefer the first week due to having a potential trial on the second week. The Government believes this matter might be suitable for a bench trial and if so it can be resolved in a single day and both of the Government's cases could go on the second week. Defense counsel will need to discuss the possibility of a bench trial with the Defendant.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE